THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JAMES M. LEFT (Cal. SBN: 173382)
Special Assistant United States Attorney
Domestic Security & Immigration Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California  90012
    Telephone: (213) 894-6875
    Facsimile: (213) 894-0141
    E-mail: james.m.left@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-410M |
|     Plaintiff, ) | [PROPOSED] ORDER FOR |
| ) | DESIGNATING AND DETAINING |
|     v. ) | MATERIAL WITNESSES WITH |
| ) | APPEARANCE BOND SECURED BY |
| CHIN YONG TAN, ) | THIRD PARTY AFFIDAVIT OF |
| ) | SURETY WITHOUT JUSTIFICATION |
|     Defendant. ) | |

    FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT IS HEREBY ORDERED that the following person is hereby declared to be a material witness in the above-captioned case:

    1.  Bing Qing Liu

    IT IS HEREBY FURTHER ORDERED that this aforementioned material witness shall be bound over to the custody of the United States Marshal, Central District of California, or in the alternative, released under the following conditions to assure her presence at trial:

//

1          (1)   the furnishing of a $5,000 appearance bond secured by a

2    third-party affidavit of surety without justification (with

3    approval of the surety by Pre-trial Services); and

4          (2)   Pre-trial Services supervision.

5

6    DATED: 2/26/08

7

8                                              UNITED STATES MAGISTRATE JUDGE

9

10

11   Presented by:

12

13

14   JAMES M. LEFF
     Special Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28